# No. 25-51064

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

───────────────

**United States of America**,
Plaintiff - Appellant,

v.

**Litsson Antonio Perez-Gallan**,
Defendant - Appellee.

───────────────

On Appeal from the United States District Court
for the Western District of Texas

───────────────

**Dismissal Agreement**

Under Federal Rule of Appellate Procedure 42(b)(1), the parties agree to have the Circuit Clerk dismiss this appeal. Each party shall bear that party's own costs. No court fees are due.

    Respectfully submitted,

    FOR THE UNITED STATES

    Justin R. Simmons
    United States Attorney

By: */s/ Marjorie J. Vincent-Tripp*
    Marjorie J. Vincent-Tripp
    Assistant United States Attorney
    601 NW Loop 410, Suite 600
    San Antonio, Texas 78206
    (210) 384-7090
    Marjorie.Vincent-Tripp@usdoj.gov

FOR LITSSON ANTONIO PEREZ-GALLAN

/s/ Shane O'Neal
Shane O'Neal
O'Neal Law
101 E. Avenue B
Alpine, Texas 79830
(713) 516-3505
shane@shaneoneallaw.com

\* \* \*

**Certificate of Service**

I certify that on January 20, 2026, I filed this document through this Court's electronic case-filing system, which will serve it on all registered counsel.

/s/ Marjorie J. Vincent-Tripp
Marjorie Vincent-Tripp
Assistant United States Attorney

**Certificate of Compliance**

I certify that

(1) this document complies with the word limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f), this document contains 33 words; and

(2) this document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it was prepared in a proportionally spaced typeface using Microsoft Office Word 2016 in Garmond font, size 14.

*/s/ Marjorie J. Vincent-Tripp*
Marjorie Vincent-Tripp
Assistant United States Attorney

Dated: January 20, 2026